UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORENZO GARCIA, | ) | |
|     Petitioner, | ) | CIVIL ACTION No. 08-40017-DPW |
| | ) | |
|     v. | ) | |
| | ) | |
| JEFFREY GRONDOLSKY, | ) | |
|     Warden, FMC Devens, | ) | |
|     Respondent. | ) | |

## MOTION TO WITHDRAW

Court-appointed counsel Jeanne M. Kempthorne hereby moves to withdraw as counsel to the petitioner Lorenzo Garcia.

As grounds for this motion, counsel states:

1. She was appointed pursuant to the Criminal Justice Act, 18 U.S.C. sec. 3006A, *et seq.*, in or about November 2011, to represent Mr. Garcia in connection with his pending habeas petition.

2. In the spring of 2013, the Court held a bench trial on Mr. Garcia's petition. Thereafter, in or about May 2013, proposed findings and rulings were submitted by both parties; in September 2013, the Court heard argument. In or about July 2016, the Court toured the mental health unit at FMC Devens. No decision has yet been rendered.

3. Counsel is in the process of winding down her litigation docket. Mr. Garcia's is one of only two pending federal cases in which counsel has an appearance on file. (The other is a motion to declare a restitution obligation satisfied, which counsel expects to be resolved quickly). Counsel intends to withdraw from the CJA appellate and habeas panels once Mr. Garcia is appointed substitute counsel.

4. Counsel will not renew her malpractice insurance, which expires on June 1, 2017.

                          Respectfully submitted,

                            /s/ Jeanne M. Kempthorne
                          Jeanne M. Kempthorne
                          BBO No. 267410
                          203 Washington Street, # 225
                          Salem, MA 01970
                          (978) 985-6064
                          jmk@kempthornelaw.com

Date: May 12, 2017

## VERIFICATION

ESSEX, SS.

    I, Jeanne M. Kempthorne, hereby certify that the foregoing is true and correct. Executed at Salem, Massachusetts, this 12th day of May, 2017.

                            /s/ Jeanne M. Kempthorne
                          Jeanne M. Kempthorne

## CERTIFICATE OF SERVICE

                          Date: May 12, 2017

    I, Jeanne M. Kempthorne, hereby certify that on this date I served the foregoing proposed findings and rulings upon counsel of record AUSA Jennifer Serafyn (jennifer.serafyn@usdoj.gov) by means of the electronic ECF system and upon the petitioner by first-class, postage-prepaid mail delivery to him at FMC Devens, Ayer, MA.

                            /s/ Jeanne M. Kempthorne