# JEANNE M. KEMPTHORNE

May 11, 2018

Hon. Douglas P. Woodlock
United States District Judge
John Joseph Moakley Courthouse, Suite 2300
1 Courthouse Way
Boston, MA 02210

      Re:    Lorenzo Garcia v. Jeffrey Grondolsky, Warden, FMC Devens,
              No. 4:08-cv-40017-DPW

Dear Judge Woodlock:

    As you know, I withdrew as counsel to the petitioner Lorenzo Garcia almost a year ago. I am writing because I am very distressed that no replacement counsel or even a guardian *ad litem* has yet been appointed to represent this intellectually disabled man who has been incarcerated at FMC Devens for many years under civil commitment.

    Although I am no longer Mr. Garcia's lawyer, and therefore will not be permitted to intervene on his behalf with FMC Devens or with the Court, I am writing as a concerned officer of the Court and as a citizen.

    The delays in this case are truly unconscionable. The habeas petition, challenging the conditions of confinement, was brought a decade ago. I was assigned the case in late 2011, and tried it before the Court more than five years ago, in the spring of 2013. A number of witnesses and experts testified. Months later, the Court heard oral argument and more than three years after trial, the Court held a site visit. It took years to get the experts paid for work that the Court had authorized. Over the years, I repeatedly urged the Court to render a decision. No decision has issued.

    On his behalf, I have urged the Court to appoint Mr. Garcia a guardian for the purposes of dealing with the risk assessment process, advocating on his behalf with the institution, and monitoring his status. I believe that it is incontrovertible that Mr. Garcia is unable to advocate for himself. At a minimum, this should be done without further delay, since the Risk Assessment Report issues in June.

Hon. Douglas P. Woodlock
May 11, 2018
Page two

        I feel obliged at this point to bring this urgent situation to the attention of the Chief Judge.

        Thank you for your anticipated attention to this case.

Very truly yours,

*[signature]*

Jeanne M. Kempthorne

cc:  Chief Judge Patti B. Saris

    Jennifer A. Serafyn, AUSA